IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

John Willie Malone Jr        2014 MAY -1  P 12: 23
_____                    )
Full name and prison number                )
of plaintiff(s)   DEBRA P. HACKETT, CLK
                  U.S. DISTRICT COURT
v.                MIDDLE DISTRICT ALA
                                           )   CIVIL ACTION NO. 2:14-CV-318-MHT-WC
                                           )   (To be supplied by the Clerk of
_____                    )   U.S. District Court)
                                           )
_____                    )
                                           )
_____                    )
                                           )
_____                    )
                                           )
_____                    )
Name of person(s) who violated             )
your constitutional rights.                )
(List the names of all the                 )
persons)                                   )


I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  Yes (   )  No ( ✓ )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  Yes (   )  No ( ✓ )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline).

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Easterling Correctional Facility 200 Wallace Drive - Clio, Ala 36017**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Easterling Correctional Facility.**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME** / **ADDRESS**

1. Mr. Roger (work in ICS) — Easterling Correctional Facility, 200 Wallace Drive, Clio, Ala 36017
2. _____
3. _____
4. No One the staff will not tell
5. me Mr. Roger First Name.
6. Mr. Patrick Hampton — Easterling Correctional Facility, 200 Wallace Drive, Clio, Al 36017

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Febuary 24th, 2014 + April 21, 2014**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Harrassement + Threating "I think" thats Amendment 8 + 14

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

On February 24th 2014 officer Mr. Roger abused his badge as a correctional officer. Mr. Roger called me a stupid motherfucka. Than made me turn around and spreed my butt cheeks. Than stated," Mothafucka you want me to entertain your ass I'll put something in your ass, now bend over and spreed your ass until I tell you to stop. Which was for over 60 seconds.

GROUND TWO: I reported it to the investigation team in Montgomery

SUPPORTING FACTS: A investigatore came and spoke with me, between April 14 & April 18 2014 I don't remember the date. Than on April 21, 2014 I was sitting in a class call Crime Bill the Teacher name is Mrs. Scott. Another Teacher that I never said one word to from another building came into her (Mrs. Scott) class and call me out of class

GROUND THREE: To some kind of office and asked me "Aren't your Malone?" I said "Yes Sir." And than he asked for my ID

SUPPORTING FACTS: and asked me why was my head down on the desk. I said, "My head is hurting I didn't take my blood pressure it's high I didn't get my medicane from pill call this morning. He replied," You're a lie your head isn't hurting, and I'm putting you out of class. I said "It's not your class it's Mrs. Scott class it's up to her." Then he said "I'm locking you up too and if you stay here we're going to make sure you do those 25 years too. I said "What?" And than he screamed, "Officer Brown?" Told officer Brown to take me down the side walk to lock me to put me in segregation.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want 50 thousands from Mr. Roger. I want 50 thousands from Mr. Patrick Hampton. I want both of them to be fired. I want the Citation/Disciplinary off my record. I want to be relocated to another Prison so I want have to worry about Retaliation.

_John Willie Malone Jr_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on 4/23/14 (date).

_Malone, John_
Signature of plaintiff(s)
AIS 292690

Malone, John
A.I.S 292690
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



02 1P   $ 000.69⁰
0003179579   APR 30 2014
MAILED FROM ZIP CODE 36017

U.S. District Court
P.O. Box 711
Montgomery, Al 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."