```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602037953
Cashier ID: kruffin
Transaction Date: 08/12/2015
Payer Name: EASTERLING CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: JOHN WILLIE MALONE JR
 Case/Party: D-ALM-2-14-CV-000318-001
 Amount:        $26.61
--------------------------------------
CHECK
 Check/Money Order Num: 9725
 Amt Tendered:  $26.61
--------------------------------------
Total Due:       $26.61
Total Tendered:  $26.61
Change Amt:      $0.00
```